UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LUIS MERCEDES,

                        **Plaintiff,**                    23-CV-06233 (JMF)(SN)

          -against-                          **ORDER**

PARKWAY MUSIC, LLC,

                        **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    On Friday, July 21, 2023, the Honorable Jesse M. Furman referred this matter to my docket for settlement. To schedule a settlement conference, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov no later than a week after an answer is filed.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      New York, New York
                 July 24, 2023